FILED

FEB 2 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ MB _____ DEPUTY

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  SOUTHERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,        )    Criminal Case No. 08CR-0458-BTM
                                      )
10                   Plaintiff,       )    I N F O R M A T I O N
                                      )
11         v.                         )    Title 8, U.S.C., Sec. 1325 -
                                      )    Illegal Entry (Misdemeanor);
12   MARTIN DE LA ROSA,               )    Title 8, U.S.C., Sec. 1325 -
                                      )    Illegal Entry (Felony)
13                   Defendant.       )
     _____)

14

15        The United States Attorney charges:

16                              Count 1

17        On or about _____1/25/08_____, within the Southern

18   District of California, defendant MARTIN DE LA ROSA, being an alien,

19   unlawfully entered or attempted to enter the United States at a time

20   and place other than as designated by immigration officers, and eluded

21   examination and inspection by immigration officers, and attempted to

22   enter or obtained entry to the United States by a willfully false or

23   misleading representation or the willful concealment of a material

24   fact; in violation of Title 8, United States Code, Section 1325, a

25   misdemeanor.

26   //

27   //

28   //

WMC:mg:San Diego
2/4/08

<u>Count 2</u>

On or about January 26, 2008, within the Southern District of California, defendant MARTIN DE LA ROSA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: ___2/21/08___.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

2